UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| CHARLES A. BONNER, | Case No.: C10-03788 SI |
| Plaintiff, | STIPULATION FOR DISMISSAL, IN PART, |
| v. | AND ORDER |
| AM CAL HOME LOANS, INC., ET AL. | |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff pro se and the hereinbelow defendants through their counsel that the action be DISMISSED WITH PREJUDICE, IN PART, pursuant to FRCP 41(a) and that the court retain jurisdiction to enforce the settlement as follows:

1. Pursuant to provision 7 of a Settlement Agreement and Mutual Release effective September 24, 2010, which states verbatim: "Each party released in this Agreement acknowledges, stipulates and agrees that the settlement reflected in this Agreement is enforceable by the Court which shall expressly retain jurisdiction in its Order of Dismissal", the Court shall retain jurisdiction to enforce the terms of that Settlement Agreement and Mutual Release and shall order the dismissal with prejudice of the entire action as to Defendants BARTON N. DREYER, individually and as trustee of the BARTON N. DREYER REVOCABLE TRUST, BRUCE YARIAN, CHARLES H. MAHNKEN and ANNE C. MAHNKEN, individually and as trustees of the MAHNKEN TRUST, and JOE O. HAINES and ELIZABETH C. HAINES, individually and as trustees of the HAINES FAMILY LIVING TRUST and shall order the dismissal with prejudice all allegations and all causes of action of the Amended Complaint regarding Loan No. AC

1133 and the real property commonly known as 105 Buchanan Drive, Sausalito, California ("Buchanan Property") and Loan No. AC 1139 and the real property commonly known as 462 – 36th Street, Oakland, California ("36th Street Property), including Defendants AmCal Home Loans, Inc., AmCal Services, Inc., Michael St. Pierre and Glenn Oribello in relation to only Loan Nos. AC 1133 and 1139 and the Buchanan Property and 36th Street Property.

2. The Order of Dismissal shall not apply to Loan No. AC 1136 and the real property commonly known as 2449 Grande Vista Avenue, Oakland, California and Defendants Equity Trust Company, custodian FBO Dave Cunningham; Dave Cunningham, individually; Mary F. Sirvatka, individually and as trustee of the Mary F. Sirvatka Living Trust; Karen M. Neal, individually; Equity Trust Company, custodian FBO Karen M. Neal; John Montrose, individually; Equity Trust Company, custodian FBO John Montros, AmCal Home Loans, Inc., AmCal Services, Inc., Michael St. Pierre and Glenn D. Oribello.

BROWN & SULLIVAN, LLP

Date: 11/5/10

_____
MICHAEL S. BROWN
Attorneys for Defendants

Date: 11/5/10

_____
CHARLES A. BONNER
Plaintiff Pro Se

ORDER

SO ORDERED.

Date:_____

_____
JUDGE OF THE UNITED STATES DISTRICT COURT