MICHAEL S. BROWN, ESQ., SBN 083358
BROWN & SULLIVAN, LLP
1051 Pacific Marina, Suite 101
Alameda, CA  94501
(510) 521-1211
(510) 521-7879 fax
Email: msb@brown-sullivan.com

Attorneys for Defendants
DAVE CUNNINGHAM; EQUITY TRUST COMPANY, CUSTODIAN
FBO DAVE CUNNINGHAM; MARY F. SIRVATKA, individually and
as trustee of the MARY F. SIRVATKA LIVING TRUST; KAREN M.
NEAL; EQUITY TRUST COMPANY CUSTODIAN FBO KAREN M.
NEAL; JOHN MONTROSE; EQUITY TRUST COMPANY, CUSTODIAN
FBO JOHN MONTROSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| CHARLES A. BONNER, | Case No.: C10-03788 SI |
| Plaintiff, | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| AM CAL HOME LOANS, INC., ET AL. | |
| Defendants. | |

    Plaintiff CHARLES A. BONNER and Defendants DAVE CUNNINGHAM; EQUITY TRUST COMPANY, CUSTODIAN FBO DAVE CUNNINGHAM; MARY F. SIRVATKA, individually and as trustee of the MARY F. SIRVATKA LIVING TRUST; KAREN M. NEAL; EQUITY TRUST COMPANY CUSTODIAN FBO KAREN M. NEAL; JOHN MONTROSE; EQUITY TRUST COMPANY, CUSTODIAN FBO JOHN MONTROSE, through counsel, and Defendant Pro Se GLENN ORIBELLO hereby stipulate to a continuance of the February 18, 2011 Case Management Conference until a date at least three weeks after all defendants are required to answer the final version of the amended Complaint in light of the February 18, 2011 hearing on Defendants' Motion to Dismiss for Failure to State a Claim, For Failure to Join Indispensable Parties and for a More

1

1  Definite Statement.

| | |
|---|---|
| Dated: 2/4/11 | LAW OFFICES OF BONNER & BONNER<br><br>_/s/ Charles A. Bonner_<br>CHARLES A. BONNER, Plaintiff |
| Dated: 2/3/11 | BROWN & SULLIVAN, LLP<br><br>_/s/ Michael S. Brown_<br>MICHAEL S. BROWN, Attorneys for Defendants |
| Dated: 2-3-2011 | _/s/ Glenn Oribello_<br>GLENN ORIBELLO, Defendant Pro Se |

The case management conference has been continued to 3/11/11 at 2:30 p.m.

**IT IS SO ORDERED**
_/s/ Susan Illston_
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE          CV10-03788 SI