```
1  MICHAEL S. BROWN, ESQ., SBN 083358
2  BROWN & SULLIVAN, LLP
   1051 Pacific Marina, Suite 101
3  Alameda, CA  94501
4  (510) 521-1211
   (510) 521-7879 fax
5  Email:  msb@brown-sullivan.com
6
7  Attorneys for Defendants
   DAVE CUNNINGHAM; EQUITY TRUST COMPANY, CUSTODIAN
8  FBO DAVE CUNNINGHAM; MARY F. SIRVATKA, individually and
   as trustee of the MARY F. SIRVATKA LIVING TRUST; KAREN M.
9  NEAL; EQUITY TRUST COMPANY CUSTODIAN FBO KAREN M.
10 NEAL; JOHN MONTROSE; EQUITY TRUST COMPANY, CUSTODIAN
   FBO JOHN MONTROSE
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| CHARLES A. BONNER, | Case No.: C10-03788 SI |
| Plaintiff, | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| AM CAL HOME LOANS, INC., ET AL. | |
| Defendants. | |

Plaintiff CHARLES A. BONNER and Defendants DAVE CUNNINGHAM; EQUITY TRUST COMPANY, CUSTODIAN FBO DAVE CUNNINGHAM; MARY F. SIRVATKA, individually and as trustee of the MARY F. SIRVATKA LIVING TRUST; KAREN M. NEAL; EQUITY TRUST COMPANY CUSTODIAN FBO KAREN M. NEAL; JOHN MONTROSE; EQUITY TRUST COMPANY, CUSTODIAN FBO JOHN MONTROSE, through counsel, and Defendant Pro Se GLENN ORIBELLO hereby stipulate to a continuance of the March 11, 2011 Case Management Conference until a date at least three weeks after all defendants are required to answer the final version of the amended Complaint in light of the Court's continuance of the hearing from February 18, 2011 to March 4, 2011 on Defendants' Motion to Dismiss for Failure to State a Claim, For

1

p. 1
Feb 17 2011 10:42AM  HP LASERJET FAX
02/17/2011 08:08 FAX 4153312738        LAW OFFICES DE BONNER                @003/003

1 | Failure to Join Indispensable Parties and for a More Definite Statement.
2 |
3 |                                          LAW OFFICES OF BONNER & BONNER
4 | Dated: 2/17/11
5 |                                          _____
6 |                                          CHARLES A. BONNER, Plaintiff
7 |
8 |                                          BROWN & SULLIVAN, LLP
9 | Dated: 2/16/11
                                             _____
10 |                                         MICHAEL S. BROWN, Attorneys for Defendants
11 | Dated: 2/17/2011
12 |                                         _____
                                             GLENN ORIBELLO, Defendant Pro Se
13 |
14 |     The case management conference is continued to
15 |     4/15/11 @ 2:30 p.m.

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE                    CV10-03788 SI